**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-26-0000035
02-JUN-2026
07:59 AM
Dkt. 9 ODSD**

NO. CAAP-26-0000035

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

KERI KAITLIN POWERS PYE, Plaintiff-Appellee,
v.
WILLIAM LUKE PYE, Defendant-Appellant.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1DV211006899)

ORDER DISMISSING APPEAL
(By: Wadsworth, Presiding Judge, Guidry and Gluck, JJ.)

Upon review of the record, it appears that:

(1) On January 9, 2026, self-represented Defendant-Appellant William Luke Pye (**Husband**) filed the notice of appeal in this case;

(2) On January 16, 2026, the family court clerk notified Husband that the filing fees had not been paid, and cautioned Husband that failure to pay the fees or request a waiver may result in the appeal being dismissed or the notice of appeal being stricken;

(3) The record on appeal was due on or before March 10, 2026.  See Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 11(b)(1);

(4) On March 18, 2026, the circuit court clerk filed a declaration stating the record on appeal has not been filed because appellate filing fees remained outstanding;

(5) On March 19, 2026, the appellate clerk entered a default of the record on appeal, informing Husband that the time to docket the appeal had expired, Husband had not paid the filing fees or obtained an order allowing Husband to proceed on appeal in forma pauperis, the matter would be brought to the court's attention on March 30, 2026, for action that may include dismissal of the appeal, and Husband could seek relief from default by motion; and

(6) Husband has not taken any further action in this appeal.  An appeal may be dismissed where the record on appeal has not been prepared because the appellant failed to pay the required fees or obtain an order allowing the appellant to proceed in forma pauperis.  HRAP Rule 11(b)(2), (c)(2).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, June 2, 2026.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Kimberly T. Guidry
Associate Judge

/s/ Daniel M. Gluck
Associate Judge